# UNITED STATES DISTRICT COURT

for the

## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:95CR00139-002 |
| Kenneth R. Lewis | ) | USM No. 05162-028 |

08/02/1996

Date of Previous Judgment

Sara Varner

Defendant's Attorney

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☑ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  life (Ct. 3)  **is reduced to** 140 months (Ct. 3).

### I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:

Previous Sentence Imposed: life (Ct. 3)

Previous Supervised Release Term Imposed: 10 years

Previous Underlying Sentence Imposed:

Amended Sentence: 140 months (Ct. 3)

Amended Supervised Release Term: 8 years

Amended Underlying Sentence:

### II. SENTENCE RELATIVE TO AMENDED TERMS:

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

### III. ADDITIONAL COMMENTS:

Except as provided above, all provisions of the judgment dated   08/02/1996   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  2/21/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana